STEPHEN E. RONK (SBN: 164333)
ANDREA K. DOUGLAS (SBN: 212065)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Plaintiff NORTHERN INYO HOSPITAL,
NORTHERN INYO HOSPITAL FOUNDATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARTHINA TAYLOR<br><br>          PLAINTIFF,<br><br>vs.<br><br>NORTHERN INYO HOSPITAL, NORTHERN INYO HOSPITAL FOUNDATION, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>          Defendant. | CASE NO. 1:15-CV-01607-LJO-JLT<br><br>**[~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT BASED UPON STIPULATION OF THE PARTIES**<br><br>**(Doc. 5)** |

After review of the stipulation of the parties, the Court **GRANTS** the stipulation and requires Defendants to file a responsive pleading no later than December 14, 2015.

IT IS SO ORDERED.

    Dated:   **November 19, 2015**           **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE