# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| Marthina Taylor,<br><br>                Plaintiff,<br><br>vs.<br><br>Northern Inyo Hospital, Northern Inyo Hospital Foundation, and DOES 1 through 10, inclusive,<br><br>                Defendants. | **CASE NO. 1:15-CV-01607-LJO-JLT**<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR PLAINTIFF TO HAVE LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>**(Doc. 9)** |
|---|---|

# [~~PROPOSED~~] ORDER

Pursuant to the Joint Stipulation submitted by and between the parties, Plaintiff Marthina Taylor ("Plaintiff") and Defendants Northern Inyo Hospital, Northern Inyo Hospital Foundation (collectively, "Defendants"), the Court **ORDERS**:

1.  The stipulation of counsel for Plaintiff to file her First Amended Complaint is **GRANTED**. Plaintiff SHALL file her first amended complaint within seven days of the date of this Order and Defendants shall file a responsive pleading within 14 days thereafter.

IT IS SO ORDERED.

   Dated:   **December 14, 2015**          /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE