Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marthina Taylor<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Northern Inyo Hospital, Northern Inyo Hospital Foundation, and DOES 1 through 10, inclusive<br><br>　　　　　　Defendants. | CASE NO. 1:15-CV-01607-LJO-JLT<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO DISMISS NORTHERN INYO HOSPITAL FOUNDATION**<br><br>**(DOC. 29)** |

The stipulation filed by the parties seeks to dismiss Northern Inyo Hospital Foundation. (Doc. 29). The stipulation relies upon Federal Rules of Civil Procedure Rule 41(a). Once such a stipulation has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

IT IS SO ORDERED.

　　Dated:　**March 9, 2017**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1