# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| Marthina Taylor<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Northern Inyo Hospital, Northern Inyo Hospital Foundation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | **CASE NO. 1:15-CV-01607-LJO-JLT**<br>[*Case Assigned for trial to the Honorable Chief US District Judge Lawrence J. O'Neill, Courtroom 4*]<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE PRE-TRIAL CONFERENCE TO JULY 24, 2017 at 11:00 am.**<br><br>Action Filed:　October 21, 2015<br>Pre-Trial Conference: July 11, 2017<br>Trial Date:　　September 12, 2017 |

## **ORDER**

Pursuant to the Joint Stipulation submitted by and between the Parties, Marthina Taylor ("Plaintiff") and Defendant Northern Inyo Hospital ("Defendant" or "NIH"), the pre-trial conference previously set for July 11, 2017 is hereby CONTINUED to July 24, 2017 at 11:00 am in Courtroom 4.

IT IS SO ORDERED.

　Dated:　**May 31, 2017**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE