# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| Marthina Taylor<br><br>                Plaintiff,<br><br>vs.<br><br>Northern Inyo Hospital, Northern Inyo Hospital Foundation, and DOES 1 through 10, inclusive,<br><br>                Defendants. | **CASE NO. 1:15-CV-01607-LJO-JLT**<br>[*Case Assigned for All Purposes to the Honorable Jennifer L. Thurston in Department 4*]<br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE PRE-TRIAL CONFERENCE BY FOUR WEEKS OR TO A DATE CONVENIENT FOR THE COURT DUE TO UPCOMING MEDIATION**<br><br>Action Filed:   October 21, 2015<br>Pre-Trial Conference: July 24, 2017<br>Trial Date:     September 12, 2017 |

/ / /

/ / /

/ / /

# ORDER

Pursuant to the Joint Stipulation submitted by and between the Parties, Marthina Taylor ("Plaintiff") and Defendant Northern Inyo Hospital ("Defendant" or "NIH") for the Pre-Trial Conference on July 24, 2017 to be continued by four weeks to August 21, 2017 or a date thereafter convenient for the Court, **IT IS ORDERED AS FOLLOWS:**

- The Pre-Trial Conference is continued to August 21, 2017 at 11:00 a.m. in Courtroom 4 (LJO), or a date convenient to the Court;
- The Parties' Joint Pretrial Statement and related documents will be due August 14, 2017.

Under no circumstances should the Parties take the approval of this Joint Stipulation to suggest that the Court would be willing to move the trial date in this case. Relatedly, the Court will not set any trial-related deadlines that compress the Court's time to consider, rule upon, and/or work with motions in limine, jury instructions, and/or other trial-related matters.

IT IS SO ORDERED.

Dated: **July 10, 2017**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE