# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHINA TAYLOR,<br><br>        Plaintiff,<br><br>        v.<br><br>NORTHERN INYO HOSPITAL, et al.,<br><br>        Defendants. | ) Case No.: 1:15-cv-001607 - LJO - JLT<br>)<br>) ORDER AFTER NOTICE OF SETTLEMENT<br>)<br>) (Doc. 36)<br>)<br>)<br>)<br>) |

The parties have notified the Court that they have resolved the matter. (Doc. 36) They anticipate finalizing the settlement by September 6, 2017 and being able to submit dismissal document by September 12, 2017. Id. at 2. Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed **no later than September 29, 2017**;

    2.    All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **August 14, 2017**           **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE